# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159586

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TINA CLARKE,
      Plaintiff,

v

SC: 159586
AGC: 19-0316

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

_____/

On order of the Chief Justice, Plaintiff having failed to submit a copy of the June 18, 2019 order and refile a copy of the pleadings as required by the June 18, 2019 order, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2019



izm

Clerk